**Order entered March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

### MARY HELEN WILLIAMS-WHITE, Appellant

### V.

### HENRY M. WHITE, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. FA-12-0829

## ORDER

We **GRANT** the February 27, 2014 motion of Cindy Bardwell, Official Court Reporter for the 59th Judicial District Court of Grayson County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **APRIL 2, 2014**. No further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
       JUSTICE